IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ALOASNO ZUNIGA,<br><br>Defendant. | CR 20-115-BLG-SPW-TJC<br><br>**ORDER VACATING DETENTION HEARING** |

Defendant has filed a motion to vacate the detention hearing. (Doc. 20.)

Accordingly, IT IS ORDERED that the detention hearing set for October 30, 2020 at 1:00 p.m. is VACATED.

DATED this 29th day of October, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge