IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–115–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DAVID ALOANSO ZUNIGA, | |
| Defendant. | |

Before the Court is the government's Motion for Final Order of Forfeiture. (Doc. 46.) The Court ordered final forfeiture as to Defendant David Aloanso Zuniga at his March 17, 2021 sentencing. (Doc. 42 at 7.) Thus, the Court construes the instant motion to relate to any outstanding third-party interests.

After reviewing the motion (Doc. 46), the Court FINDS:

(1)    The United States commenced this action pursuant to 18 U.S.C. § 924(d). (*Sealed* Doc. 1.)

(2)    The Court entered a Preliminary Order of Forfeiture on March 17, 2021. (Doc. 40.)

    (3)    All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1). (Doc. 45.)

    (4)    Cause appears to issue a final forfeiture order under 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that:

    (1)    The motion (Doc. 46) is GRANTED.

    (2)    Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- 16 rounds of .45 ACP ammunition;
- 10 rounds of .40 S&W ammunition; and
- 10 rounds of CCI .22 caliber ammunition.

    (3)    The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 9th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court